HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAMERA GOBIN,

    Plaintiff,

v.

DEPARTMENT OF THE ARMY
WESTERN REGIONAL COMMAND
MADIGAN ARMY MEDICAL CENTER,

    Defendant.

Case No. C07-5677-RBL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND GRANTING DEFENDANT'S MOTION TO DISMISS

    This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis*. [Dkt. #8]. The Court has reviewed the application and the remainder of the file herein.

    As an initial matter, Plaintiff's declaration in support of her application to proceed *in forma pauperis* indicates that she is unable to afford to pay the filing fee at this time. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.

    However, Plaintiff failed to timely file the required certificate of merit. This Court's Order Denying Defendants' Motion to Dismiss set out three specific conditions that Plaintiff was required to meet to preserve her claim: "(1) Plaintiff must pay her filing fee with this Court [or apply to proceed *in forma pauperis*]; (2) Plaintiff must timely file a motion for a 90-day extension and must demonstrate to this Court that good cause for granting the extension exists; and (3) Plaintiff must file a valid certificate of merit by April 21, 2008." [Dkt. # 7 (footnotes omitted)].

On April 21, 2008, the deadline passed. Plaintiff failed to meet conditions (2) and (3). Therefore, Defendant's Motion to Dismiss [Dkt. # 6] for failure to timely file a certificate of merit is **GRANTED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

IT IS SO ORDERED.

Dated this 29th day of April, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE